█ LUIGI DI GIOVANNI, an Infant, by LUIGI DI GIOVANNI, His Guardian ad Litem, et al., Appellants, v. ARTHUR YADDOW, Respondent.— In an action by an infant to recover damages for personal injuries and by his father for medical expenses and loss of services, the appeal is from a judgment entered on a jury verdict dismissing the complaint. It is alleged the infant was injured when struck by a motor vehicle owned and negligently operated by respondent. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

█ In the Matter of the Arbitration between IRVING DIAMOND, Respondent, and DOUGFIELD, INC., et al., Appellants.— Appeal from a judgment entered on an order granting respondent's motion to confirm an award of arbitrators. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

█ In the Matter of the Estate of DAVID FLASTER, Deceased. MAX FLASTER et al., Appellants; ESTHER M. FLASTER, Respondent.— Appeal from a decree of the Surrogate's Court, Queens County, granting respondent letters of administration. Decree reversed, and matter remitted to the Surrogate's Court for a further hearing on which may be determined respondent's interest in the estate of the decedent, with costs to appellants to abide the event, payable out of the estate. We are unable to determine on this record whether respondent has any interest in the decedent's estate. Attempts by appellants to inquire into the matter were abandoned after rulings by the Surrogate sustaining objections to questions addressed to this issue. The issue should be determined, since respondent may be granted letters of administration only if she is entitled to take or share in the personal property of the decedent (Surrogate's Ct. Act, § 118; cf. *Matter of Murphy,* 304 N. Y. 232). Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.